# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Criminal No. 2:19-mj-01002 |
| ) | |
| JASON W. LYNN ) | |

## ORDER

AND NOW, this 14th day of May, 2019,

**IT IS HEREBY ORDERED** that the government's motion for detention is granted pending further consideration if and when the issue of bond becomes relevant.

_____
Lisa Pupo Lenihan
United States Magistrate Judge

cc: All counsel of record.