IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Magistrate No. 2:19-mj-01002 |
| v. | ) |
| | ) |
| JASON W. LYNN. | ) |

## ORDER

AND NOW, this 14th day of May, 2019, following a Preliminary Examination, the Court finds that probable cause exists which supports a finding that the charged crime in Count I of the Complaint (ECF No. 1) has been committed and that the accused has committed the offense.

Lisa Pupo Lenihan
United States Magistrate Judge

cc: Counsel of record.